IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDAN STEVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEERE & COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) | 2:08-cv-01903-GEB-EFB |
| MARLENE FAGAN; HOMER FAGAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEERE & COMPANY,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) | 2:08-cv-02106-MCE-EFB<br><br><br><br>RELATED CASE ORDER |

　　　　　A related case document has been filed in which it is indicated that the above-entitled actions are related within the meaning of Local Rule 83-123(a).  Therefore the later filed action is reassigned to the undersigned judge.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

　　　　　Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB EFB."  Further, any dates currently set in this reassigned case only are VACATED and a

1

Status (Pretrial Scheduling) Conference is set for December 8, 2008, at 9:00 a.m.  The parties shall file a Joint Status Report with the court not later than fourteen days prior to the scheduling conference.[1]

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

       IT IS SO ORDERED.

Dated:  September 10, 2008

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.