IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KNIGHT, Guardian ad Litem for JORDAN STEVENS, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DEERE & COMPANY, <br><br> Defendant. | 2:08-cv-01903-GEB-EFB <br><br> ORDER CONSOLIDATING ACTIONS[*] |
| MARLENE FAGAN and HOMER FAGAN, <br><br> Plaintiffs, <br><br> v. <br><br> DEERE & COMPANY, <br><br> Defendant. | 2:08-cv-02106-GEB-EFB |

On April 13, 2009, Plaintiffs Marlene Fagan and Homer Fagan filed a motion to consolidate the above actions and on May 5, 2009 Defendant filed a statement of non-opposition to Plaintiffs' motion to consolidate. Thus, there is no opposition to the actions being consolidated. Further review of the record reveals that entry of a

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

consolidation order is appropriate. Therefore, the above-captioned actions are **CONSOLIDATED** for all purposes.

Case 2:08-cv-02106-GEB-EFB shall be administratively CLOSED, and Case 2:08-cv-01903-GEB-EFB is hereby designated the "MASTER FILE." The Status (Pretrial Scheduling) Order filed on December 4, 2008 in 2:08-cv-01903-GEB-EFB governs the action. **Henceforth, the caption on all documents filed in the action shall read as follows:**

**SHIRLEY KNIGHT, Guardian ad Litem** )    2:08-cv-01903-GEB-EFB
**for JORDAN STEVENS, a minor, and** )
**MARLENE FAGAN and HOMER FAGAN,** )
                                       )
           **Plaintiffs,**       )
      **v.**                           )
                                       )
**DEERE & COMPANY,**              )
                                       )
           **Defendant.**       )
_____)

IT IS SO ORDERED.

Dated: May 22, 2009

                                     GARLAND E. BURRELL, JR.
                                     United States District Judge