IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KNIGHT, as guardian ad litem for JORDAN STEVENS, a minor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEERE & COMPANY,<br><br>　　　　　Defendant. | 2:08-cv-01903-GEB-EFB<br><br>ORDER RE EXPERT WITNESS DISCLOSURE |

　　　　Since the parties have agreed to continue expert disclosure dates and the changes they seek do not interfere with the judge's trial docket, the expert witness disclosure requirements shall be made under Federal Rule of Civil Procedure 26(a)(2) on or before August 3, 2009, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) shall be made on or before September 4, 2009.

Dated:  June 23, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1