IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SHIRLEY KNIGHT, Guardian ad Litem  )
for J.S., a minor, and MARLENE     )
FAGAN and HOMER FAGAN,             )   2:08-cv-01903
                                   )
            Plaintiffs,            )   ORDER
                                   )
     v.                            )
                                   )
DEERE & COMPANY,                   )
                                   )
            Defendant.             )
                                   )
```

It has come to the Court's attention that the parties in this case have, to date, failed to comply with Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 140(a)(i), which require that only the minor plaintiff's initials be used in any electronic or paper filing. All future filings in this case shall comply with Federal Rule 5.2(a)(3) and Local Rule 140(a)(i). To comply with these rules, the caption of this case is amended, as reflected above.

Dated: February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1