1 | **Arthur L. Morgan, CSB 077498**
2 | LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
3 | 833 MISTLETOE LANE
4 | POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
5 | (530) 221-8150
FAX (530) 221-7963
art@reddinglaw.com
6 | Attorneys for Plaintiff
J.S., a Minor

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

SHIRLEY KNIGHT, Guardian ad Litem for J.S., a minor, and MARLENE FAGAN and HOMER FAGAN,

    Plaintiffs,

    v.

DEERE & COMPANY,

    Defendant.
_____/

No. 2:08-01903-GEB-EFB

STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE

Trial: January 25, 2011

IT IS HEREBY STIPULATED by and between the parties in the above-captioned action that the trial date of January 25, 2011, be continued to May 3, 2011, as counsel for plaintiff J.S. has two other trials scheduled in Shasta County Superior Court on January 19, 2011, and February 1, 2011, which would overlap with the above-captioned trial.

SO STIPULATED:

DATED: September 14, 2010    HALKIDES, MORGAN & KELLEY

    By   /S/ Arthur L. Morgan
        ARTHUR L. MORGAN
        Attorneys for Plaintiff
        J.S., a Minor

///

1 | DATED: September 14, 2010 | LAW OFFICES OF MICHAEL W. JANSEN

2

3 | | By  /S/ Michael W. Jansen
       MICHAEL W. JANSEN
       Attorneys for Plaintiffs
4 | | HOMER FAGAN and MARLENE FAGAN

5

6

7 | DATED:  September 14, 2010 | THE RYAN LAW GROUP

8

9 | | By  /S/  Stephen E. Paffrath
       STEPHEN E. PAFFRATH
       Attorneys for Defendant
10 | | DEERE & COMPANY

11

12 | IT IS SO ORDERED.

13

14 | **Date:  9/15/2010**

15

16 | | _____
       GARLAND E. BURRELL, JR.
       United States District Judge

17–28

STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE
2