IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KNIGHT, Guardian ad Litem for J.S., a minor, and MARLENE FAGAN and HOMER FAGAN,<br><br>         Plaintiffs,<br><br>     v.<br><br>DEERE & COMPANY,<br><br>         Defendant. | 2:08-cv-01903-GEB-EFB<br><br>ORDER DISMISSING HOMER FAGAN'S CLAIM AGAINST DEFENDANT |

Plaintiff Homer Fagan seeks dismissal of his "case . . . against defendant . . . with prejudice" and "request[s] that any . . . attorney fees requested by defendant['s] counsel pursuant to the voluntary dismissal be denied." (ECF No. 57.) Defendant filed a "conditional statement of non-opposition", in which it states it "does not oppose the dismissal . . . but will not agree to waive its claim for costs[.]" (ECF No. 75.) In light of Plaintiff Homer Fagan's and Defendant's respective positions on dismissal, Plaintiff Homer Fagan's claim against Defendant is DISMISSED with prejudice.

Dated: April 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge