IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KNIGHT, Guardian ad Litem for J.S., a minor; and MARLENE FAGAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEERE & COMPANY,<br><br>        Defendant. | 2:08-cv-01903-GEB-EFB<br><br><u>Trial Schedule</u> |

This communication responds to inquiries about the trial schedule in this case, which is as follows: trial commences at 9:00 a.m. on Tuesday, Wednesday, and Thursday of each week, and usually adjourns at approximately 4:30 p.m.  However, once the jury begins deliberating counsel shall be available for communication with the jury during the above mentioned time Monday through Friday.

Dated:  April 20, 2011

                                                                                                   _____<br>
                                                                                               GARLAND E. BURRELL, JR.<br>
                                                                                               United States District Judge

1