IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KNIGHT, Guardian ad Litem for J.S., a minor; and MARLENE FAGAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEERE & COMPANY,<br><br>        Defendant. | 2:08-cv-01903-GEB-EFB<br><br>PROPOSED AMENDED CLOSING LIABILITY INSTRUCTIONS |

The attached amended liability jury instructions are provided to the parties for their consideration. Any proposed modifications should be submitted as soon as practicable.

Dated: May 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1